**MEMO ENDORSED**



CHIESA SHAHINIAN & GIANTOMASI PC

11 TIMES SQUARE, 31ST FLOOR
NEW YORK, NY 10036

csglaw.com

**ADAM P. FRIEDMAN**
afriedman@csglaw.com
(O) 973.530.2029
(F) 973.530.2229

April 27, 2020

The parties are granted an extension of time to submit their Case Discovery Plan until July 1, 2020. Clerk of the Court requested to terminate the motion (doc. 12).

Dated: April 28, 2020
SO ORDERED.

Nelson S. Román, U.S.D.J.

<u>Via ECF</u>

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   <u>Paul J. Scariano, Inc. v. International Fidelity Insurance Company</u>
Docket No.: 20-cv-1144 (NSR) (LMS)

Dear Judge Román:

We represent International Fidelity Insurance Company ("International"), the defendant in this action.

The parties believe that today is the deadline for submission of our proposed joint discovery plan. International (a surety) has decided, however, to implead its bond's principal, Lane-Valente Industries, Inc. We expect to have the Third-Party Complaint filed later this week.

We thus are requesting that the Court extend the time for submission of the joint discovery plan until Lane-Valente appears and can participate in preparing the proposed plan. Plaintiff does not have an objection to proceeding in this fashion.

Thank you for your continued consideration.

Respectfully,

/s Adam P. Friedman

cc:   Benjamin D. Pergament, Esq.
(via ECF)

NEW JERSEY   NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020